UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x

SPITZ,

                              Plaintiff(s),          **NOTICE OF COURT
                                                     CONFERENCE**

              - against -
                                                     12 Civ. 4862 (ER)

SLATER, TENAGLIA, FRITZ & HUNT,
P.A., et al.,
                              Defendant(s).
-----------------------------------------------------x


A pre-motion conference will be held  before the Hon. Edgardo Ramos,

U.S.D.J. on **October 23, 2012 at 10:00 am** at the Charles L. Brieant United

States Courthouse, 300 Quarropas Street, White Plains, NY 10601, Courtroom

218.

Opposing counsel to state position (by letter not to exceed 3 pages) in

writing by October 16, 2012.

                                        _____
                                        Gina Sicora,  Courtroom Deputy to
                                        Hon. Edgardo Ramos, U.S.D.J.


Dated:      White Plains, New York
            September 25, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/25/2012